# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KACEY DUFRESNE,**

**Plaintiff,**

**v.**                                                      **Case No. 26-CV-180**

**JULIE'S CAFE WEST & CATERING, LLC,**
**and HUMBERTO MORALES SOLORIO,**

**Defendants.**

## DECISION AND ORDER

Kacey DuFresne filed this action on February 3, 2026, naming Julie's Cafe West & Catering, LLC, and Humberto Morales Solorio as defendants. (ECF No. 1.) Despite being served (ECF Nos. 6, 7), neither defendant has answered or otherwise appeared to defend this action. Following DuFresne's request (ECF No. 8), the Clerk entered default on April 1, 2026. Currently before the court is DuFresne's motion for default judgment. (ECF No. 11.)

The court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1367. The court is likewise satisfied that it has personal jurisdiction over the defendants, a Wisconsin resident and a limited liability company organized under the laws of Wisconsin.

DuFresne began working for the defendants in August 2021. (ECF No. 1, ¶ 24.) As of September 8, 2024, the defendants stopped paying her. (ECF No. 1, ¶ 28.) She

continued to work for the defendants for 22 weeks until February 9, 2025, averaging more than 69 hours per week, all without any pay. (ECF No. 1, ¶¶ 28, 30, 33.) She alleges that the defendants violated the Fair Labor Standards Act (FLSA) and Wisconsin's Wage Payment and Collection Laws (WWPCL) by not paying her the minimum wage of $7.25 per hour, much less the agreed-upon rate of $10.00 per hour and overtime at the correct rate of $15.00 per hour. (ECF No. 1, ¶ 25.)

The court accepts as true all the factual allegations in the complaint and finds that the defendants violated the FLSA and the WWPCL. DuFresne worked 738.64 hours at the regular hourly rate of $10.00 for which she was not paid. (ECF No. 1, ¶ 5.) Therefore, she is entitled to wages of $7,386.40. She also worked a total of 782.02 hours of overtime in that period for which she is entitled to compensation at an hourly rate of $15.00 for a total of $11,730.30. (ECF No. 1, ¶ 33.) As a result, DuFresne is entitled to $42,534.66 as follows:

- $7,386.40 in unpaid regular wages;

- $11,730.30 in unpaid overtime wages;

- $9,558.35 as a civil penalty equal to one-half of the unpaid wages, *see* Wis. Stat. § 109.11(2)(a);

- $5,355.14 in liquidated damages under the FLSA for defendants' failure to pay at least the minimum wage ($7.25 × 738.64 hours), *see* 29 U.S.C. § 216(b); *Koyle v. Black Diamond Wi, LLC*, No. 25-CV-1457, 2026 U.S. Dist. LEXIS 10717, at *3 (E.D. Wis. Jan. 21, 2026);

2

- $8,504.47 in liquidated damages under the FLSA for defendants' failure to pay at least the minimum overtime wage ($10.875 × 782.02 hours); *see* 29 U.S.C. § 216(b); *Koyle*, 2026 U.S. Dist. LEXIS 10717, at *3.

DuFresne also seeks attorney fees and costs of $6,665.00 comprised of the $405.00 filing fee, $140.00 for service of process, and $6,120.00 in attorney fees for 13.6 hours of work at $450.00 per hour. (ECF No. 12 at 7-11); 29 U.S.C. § 216(b).

The court finds the hourly rate and the expended hours to be reasonable. *See Koyle*, 2026 U.S. Dist. LEXIS 10717, at *6-7. The court also finds that DuFresne is entitled to costs of $545.00. Accordingly, the court will award the plaintiff the full amount of costs and attorney fees sought and enter judgment against the defendants, jointly and severally, *see Choua Yang v. Arora Hosp. LLC*, No. 23-CV-1007-JPS, 2024 U.S. Dist. LEXIS 35015, at *11 (E.D. Wis. Feb. 29, 2024).

**IT IS THEREFORE ORDERED** that the plaintiff's motion for default judgment is **granted**. The Clerk shall enter judgment in favor of Kacey DuFresne and against Julie's Cafe West & Catering, LLC, and Humberto Morales Solorio, jointly and severally, in the amount of **$49,199.66**, comprised of $19,116.70 in unpaid regular and overtime wages, $9,558.35 in increased wages under Wis. Stat. § 109.11(2)(a), $13,859.61 in liquidated damages under 29 U.S.C. § 216(b), $6,120.00 in attorney fees, and $545.00 in costs.

Dated at Green Bay, Wisconsin this 22nd day of June, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge